## WILLIAM KIRKPATRICK V. THE STATE.

No. 22079. Delivered April 15, 1942.

The opinion states the case.

*H. E. Lobdell*, of Decatur, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a charge of theft of over the value of $50.00 in which a sentence of two years in the penitentiary was imposed.

The statement of facts found in the case has not been approved by the Judge who tried the case and, consequently, cannot be considered by this court as such. The record contains no bill of exception and we find nothing for our consideration.

The judgment of the trial court is affirmed.